1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GILBERT HINTZ,<br><br>                Plaintiff,<br><br>   v.<br><br>JORDE CERTIFIED SEED,<br><br>                Defendant. | NO: 13-CV-0100-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Notice of Settlement and Stipulation for Dismissal (ECF No. 42). By agreement of the parties, this case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or attorney's fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

2. All pending motions are **DENIED AS MOOT**.

3. All pending hearing dates are **VACATED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    The District Court Executive is hereby directed to enter this Order, furnish

2 copies to counsel, and **CLOSE** the file.

3    **DATED** March 5, 2014.



                    THOMAS O. RICE
            United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2